## John F. Devine, Administrator, Appellee, v. Chicago City Railway Company, Appellant.

### Gen. No. 22,929.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. HUGO PAM, Judge, presiding. Heard in this court at the October term, 1916. Reversed with finding of fact. Opinion filed June 11, 1917.

### Statement of the Case.

Action by John F. Devine, administrator of the estate of Harry Robinson, deceased, plaintiff, against the Chicago City Railway Company, defendant, to recover damages for the death of plaintiff's intestate. From a verdict and judgment for $2,000 for plaintiff, defendant appeals.

BUSBY, WEBER & MILLER, JOHN E. KEHOE and ARTHUR J. DONOVAN, for appellant; JOHN R. GUILLIAMS, of counsel.

JAMES D. POWER, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

STREET RAILROADS, § 131*—*when evidence shows that intestate's negligence is proximate cause of injury.* In an action to recover for the death of plaintiff's intestate, alleged to have been caused by the negligent operation of defendant's street car, evidence *held* to show that the intestate's negligence was the proximate cause of the injury and that defendant was free from actionable negligence.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.